■ In the Matter of ERROL WEATHERS, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [6 NYS3d 517]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 16, 2013 in a proceeding pursuant to CPLR article 78. The judgment, among other things, dismissed the petition.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.